Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 19 2021

TONY R. MOORE, CLERK
BY: _____
DEPUTY

b.    If the defendant is a corporation

The defendant, *(name)* WASTE MANAGEMENT is incorporated under the laws of the State of *(name)* Louisiana , and has its principal place of business in the State of *(name)* Louisiana .
Or is incorporated under the laws of *(foreign nation)* United States , and has its principal place of business in *(name)* Lafayette La .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

30 Billion because of involvement in corporate gangstalking

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

statement attached

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

30 Billion punitive damages & ownership of WASTE MANAGEMENT.

Civil complaint

This named coporation is involved in illegal broadcasting of a terroist and hired private investigator from Allstate Insurance involving there corporation in corporate gangstalking.

Every waste managment trash truck in the state of Louisiana has a computer operated voice integrated device (COVID-19) systems on it broadcasting audio supporting street terrorism. This has been going on 23 months since around July 2019 There are more corporations that this involved as these coporations banned together to end my life while trying to ruin my reputation in my community.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 19 2021

TONY R. MOORE, CLERK
BY:_____
DEPUTY

GANGSTALKING   TACTICS

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 19 2021

TONY R. MOORE, CLERK
BY:_____
DEPUTY

Harassment techniques include:

1. Surveillance (being followed, electronic surveillance, computer and phone hacking, monitoring all online activities, and bugging of home)

2. Profiles are built to identify any and all weaknesses and insecurities to be used later. Information often obtained through sexual partners or trusted people in their lives.

3. Conditioning where victims are sensitised to certain stimuli such as everywhere you go someone will cough as they walk past you. The goal is to make you self police and then think anyone who coughs is involved in the harassment. People report of conditioning to include hand gestures, an overt use of colour in peoples clothing (like everyone you see wearing red) or cars a certain colour or with headlights on (also known as brighting).

4. Anchoring where someone will provide false rationales for the harassment. Often many possible rationales are planted to keep the victim confused and the focus of the harassment cycles from one possible reason to another round and around so as to keep the victim guessing in a self perpetuating guessing game where every scenario you are to blame and causes self doubt, fear, intimidation, and ultimately a cycle of destructive thoughts

5. Mobbing (or true gangstalking) where everywhere you go you will see an overt display of people following you and often use words you have been conditioned to or your name to draw your attention

6. Street theatre where a group will "perform" an overt activity like a fake confrontation or scenarios designed to test your reactions. Often takes the form of a couple who position themselves near you and then have a conversation using many of your conditioned words or pertaining to your particular situation and sensitivities.

7. The use of directional speakers which have the ability to direct sound to a single individual in a crowded room. This particular item is ultimately the most used and is often referred to as V2K or Voice to Skull and is used extensively in the psychological breakdown of the victim. The use initially is to cause the victim to doubt their sanity and drive them into the mental health system, and later to just torment and never give the victim a moment of privacy or peace. If they do enter the mental health system, then harassment escalates dramatically as the victim has now been "discredited" and can be labeled as someone with a mental problem if they do speak out about the harassment.

8. The use of electronics to effect your eyesight and balance which was originally developed for the military and police crowd control called "dazzling" and even the ability to make you vomit.

9. Sound campaigns which is a community harassment technique where abnormal levels of sound are directed at the victim and their home. This includes cars deliberately breaking or accelerating when they pass, people talking excessively loudly at all hours of the night, amplification of sound using directional speakers so that external sounds that previously couldnt be heard now can, garbage trucks and other heavy vehicles, and countless other deliberate tactics

10. Sleep deprivation - this is perhaps one of the most insidious tactics used where victims are woken multiple times a night and can be kept awake for days at a time. The effects are dramatic and completely debilitating effecting concentration, mood, irritability, appearance, and significantly impacts all areas of their life - job performance, relationships, and significantly aids in discrediting the victim as

they appear unorganised, disheveled, and sleeping patterns alter so they may sleep during the day (where noise campaigns are more effective) and be awake at night (where they can be painted as the one making noise and being a disruptive member of the community).

11. Baiting or entrapment where victims are harassed to the point that they lash out and commit a crime such as assault, break and enter or vandalism, as they try and locate the source of the harassment. Harassers will actively try to provoke verbal and physical confrontations especially after a period of sleep deprivation. Or they are prompted into an activity which can then be used as leverage such as affairs, sexuality, drug use, or other criminal activity.

12. Gaslighting which is a form of psychological abuse where someone will actively try undermine victims and to make them doubt themselves so that they lose all self confidence and self esteem and are therefor easier to manipulate and push toward the mental health pathway. It can be as simlpe as being told something which they then deny, then telling them how silly they are for thinking they said it, and turn the lie around into an attack on the person. It can be incredibly effective coming from a trusted person and before the victim understands what is happening to them.

13.Blackbag jobs is a term when a harasser breaks into a victims property and places something or deliberately moves something. The purpose is to cause self doubt, and fear that their property is being accessed which harassers try to then sell as paranoia.

14. Propaganda and disinformation is also the other key element to suppress knowledge of this practice as its effectiveness initially requires the victim to be unaware of the existence of gangstalking, gaslighting, or the electronic technologies such as directional speakers so huge amounts of time are devoted online to creating disinformation sites which attempt to discredit victims by pushing the mental health agenda. They achieve this by posing as victims and actively trying to sound crazy so that all victims are are treated as such. Also by creating websites claiming to help victims and being a resource for victims to come together and then harassing them to the extent that they lose hope and no longer reach out for help causing further isolation.

15. Further to the above, gangstalkers rely on disbelief and discrediting and as such much of the harassment is designed (at least initially) to mimic mental health issues. They also rely on their abuse being so extreme, so pervasive, so fundamentally immoral, as to be disbelieved and victims subsequently resort to photographing, videotaping, and sound recording their everyday encounters to disprove the countless unfounded claims made against them - especially in relation to gaslighting, which gangstalkers try to turn around and paint the victims as paranoid or irrational. Victims are made to feel helpless as every attempt to defend themselves is used against them and when they seek help they are met with disbelief or open hostility.



**L.P.S.O.**

SEX m
RACE w

ATN# **22003436**     D. O. B.
SID# **002034949**     **01/26/1980**

This ID card is the property of LPSO.

**PREA Information:**

The purpose of the Prison Rape Elimination Act (PREA) is to provide for the analysis of the incidence and effects of prison rape in Federal, State, and local institutions and to provide information, resources, recommendations and funding to protect individuals from prison rape.  The Lafayette Parish Sheriff's Office has a zero tolerance policy for sexual abuse and sexual harassment.

These numbers should only be used to report sexual misconduct:

PREA Hotline -- dial "9" on the Telmate phone system
Or to remain Anonymous Dial "0"
Hearts of Hope -- (337)233-7273